[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 16, 2005
THOMAS K. KAHN
CLERK

No. 04-15439
Non-Argument Calendar

_____

D. C. Docket No. 03-00056-CR-1-MMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LEE BOUIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(December 16, 2005)**

Before ANDERSON, BIRCH and HULL, Circuit Judges

PER CURIAM:

Robert Augustus Harper, appointed counsel for Charles Lee Bouie, has filed

a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders

v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bouie's conviction and sentence are **AFFIRMED**.  Moreover, because there are no arguable issues of merit for appeal, Bouie's pro se request for appointment of counsel is **DENIED**.